**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-22462-JB**

PEDRO ALEGRE MARCOS,

     Petitioner,

v.

GARRETT RIPA, in his official capacity as
Field Office Director of Enforcement and
Removal Operations, *et al.*,

     Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** comes before the Court upon Petitioner Pedro Alegre Marcos'
Verified Petition for Writ of Habeas Corpus (the "Petition").  ECF No. [1].  Petitioner
challenges his immigration detention in the Federal Detention Center in Miami,
Florida and seeks, among other relief, a bond hearing before an immigration judge or
immediate release from custody.  *Id.*  In particular, Petitioner claims he has been
wrongfully denied an individualized bond hearing before an immigration judge and
seeks a bond hearing pursuant to 8 U.S.C. § 1226(a).  *Id.*  In their Response to the
Petition, Respondents argue, *inter alia*, that Petitioner is subject to mandatory
detention pursuant to 8 U.S.C. § 1225(b)(2)(A).  ECF No. [5] at 5–7.

The facts and legal arguments of this case are nearly indistinguishable from
those considered by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v.
Warden, Federal Detention Center Miami* wherein the Court held that immigrants

like Petitioner are entitled to an individualized bond hearing under § 1226(a). *Hernandez Alvarez,* No. 25-14065, 25-14075, 2026 WL 1243395, at *1–2 (11th Cir. May 6, 2026). Given *Hernandez Alvarez*, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition, ECF No. [1], is **GRANTED IN PART**. Petitioner falls under 8 U.S.C. § 1226(a), and accordingly, Respondents shall promptly afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner.

2. Respondents shall, within 24 hours of the bond hearing, file a Status Report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

3. Any remaining claims in the Petition are **DISMISSED WITHOUT PREJUDICE**.

4. Any pending motions are **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of May, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2